IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD FANN (AIS 189321), | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-0302-CG-M |
| PAMELA BARBER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that summary judgment be granted in favor of Defendants Pamela Barber and Bennie Andrews and that Plaintiff's action against Defendants be dismissed with prejudice.

**DONE and ORDERED** this 12th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE